# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE JAMES OTIS ATKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>DERRAL G. ADAMS, et al.,<br><br>    Defendants. | 1:13-cv-00697-BAM (PC)<br><br>ORDER DENYING MOTION FOR COURTESY COPIES WITHOUT PREJUDICE<br><br>(ECF No. 9) |

      Plaintiff Eddie James Otis Atkins ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 3, 2013, Plaintiff requested that the Court provide him copies of the complaint he filed in 1:10-cv-00755 JLT, identified as docket entry number one. Plaintiff explained that the complaint includes documents relevant to the instant action that Plaintiff can no longer obtain. Plaintiff also asserted that he was indigent and could not afford to pay the relevant fee for copies. (ECF No. 9.)

      Although the requested documents appear relevant to Plaintiff's claims in this action, the Court does not find it appropriate to grant Plaintiff's motion for courtesy copies at this time. The record reflects that Plaintiff is no longer incarcerated. As such, there is no indication that he currently is unable to submit the $0.50 per page to obtain copies from the Clerk's Office or that he currently is unable to obtain the documents without the Court's or the Clerk's assistance.

1

1  Accordingly, Plaintiff's motion requesting courtesy copies is DENIED without prejudice.
2 Plaintiff may renew his motion if he cannot afford the cost of copies or if he cannot obtain the
3 copies by other means.
4 IT IS SO ORDERED.

    Dated: **March 7, 2014**      /s/ *Barbara A. McAuliffe*
                                                               UNITED STATES MAGISTRATE JUDGE